```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF GEORGIA
                      ATLANTA DIVISION


UPS SUPPLY CHAIN SOLUTIONS,   )
INC., a Delaware Corporation, )
                              )
     Plaintiff,               )   Civil Action No.
                              )   1:20-cv-03408-JPB
v.                            )
                              )
FOAM DEPOT, INC., a New York  )   JURY TRIAL DEMANDED
Corporation,                  )
                              )
     Defendant.               )
```

### **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Defendant/Counterclaimant Foam Depot, Inc., a New York Corporation ("FDI") hereby files this Certificate of Interested Persons and Corporate Disclosure Statement:

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties to this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

UPS Supply Chain Solutions, Inc. (UPS-SCS) – Plaintiff/Counterclaim Defendant

United Parcel Service, Inc., a publicly traded parent corporation of UPS-SCS

Foam Depot, Inc. – Defendant/Counterclaimant

1

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

N.A.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for parties in this proceeding:

Smith Currie & Hancock LLP, counsel for FDI

Joseph J. Dinardo, counsel for FDI

Stephen M. Reams, counsel for FDI

Colucci & Gallaher, P.C., out-of-state counsel for FDI

Paul G. Joyce, out-of-state counsel for FDI

Weinberg Wheeler Hudgins Gunn & Dial, LLC, counsel for UPS-SCS

Jonathan R. Friedman, counsel for UPS-SCS

Gary J. Toman, counsel for UPS-SCS

Submitted this 26th day of October 2020.

**SMITH, CURRIE & HANCOCK LLP**

*/s/ Joseph J. Dinardo*
Joseph J. Dinardo
Georgia Bar Number: 302914

*/s/ Stephen M. Reams*
Stephen M. Reams
Georgia Bar Number: 597165

***Attorneys for Defendant/
Counterclaim Plaintiff Foam Depot,
Inc.***

2700 Marquis One Tower
245 Peachtree Center Avenue, NE
Atlanta, Georgia 30303-1227
Telephone: (404) 521-3800
Facsimile: (404) 688-0671
jjdinardo@smithcurrie.com
smreams@smithcurrie.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2020, I electronically filed this **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

>Jonathan R. Friedman, Esq.
>Gary J. Toman, Esq.
>**WEINBERG WHEELER HUDGINS GUNN & DIAL, LLC**
>3344 Peachtree Road, Suite 2400
>Atlanta, Georgia 30326
>jfriedman@wwhdg.com
>gtoman@wwhgd.com

>*s/ Joseph J. Dinardo*
>Joseph J. Dinardo
>Attorney Bar Number: 302914

**SMITH, CURRIE & HANCOCK LLP**
2700 Marquis One Tower
245 Peachtree Center Avenue, NE
Atlanta, Georgia 30303-1227
Telephone: (404) 521-3800
Facsimile: (404) 688-0671
jjdinardo@smithcurrie.com